IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEILIN CHANG, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN AIRLINES, INC., <br><br> Defendant. | Case No.: 15-CV-2604 RMW <br><br> **SCHEDULING ORDER** <br><br> Judge: Honorable Ronald M. Whyte <br> Courtroom: 6, 4th Floor |

On January 15, 2016, the Court held the initial case management. Mark C. Thomas appeared for Plaintiff Peilin Chang, M.D. Rebekka Martorano appeared for Defendant American Airlines, Inc.

The following discovery limits, deadlines/hearing dates are hereby Ordered:

Last day disclose experts 9/28/2016;

Close of all discovery 11/30/2016;

10 depositions per side;

25 interrogatories per side;

Last day file joint pretrial statement 1/17/2017;

Pretrial Conference set for 2/2/2017 at 2:00 pm;

Jury Trial set for 2/21/2017 at 1:30 pm in Courtroom 6, 4th floor, San Jose, before Hon. Ronald M. Whyte.

1 | Private mediation to be completed by 8/31/2016.

2 | If case does not settle at mediation the Court ordered a mandatory settlement conference
3 | to be held with Magistrate Judge Paul S. Grewal prior to the pretrial conference.

5 | Dated: 4/14/2016

By: *Ronald M. Whyte*
Hon. Ronald M. Whyte
United Stated District Court Judge