1    **TIMOTHY J. RYAN, SBN 99542**
     **REBEKKA R. MARTORANO, SBN 173600**
2    **THE RYAN LAW GROUP**
     400 Capitol Mall, Suite 2540
3    Sacramento, California 95814
     Telephone:  (916) 924-1912
4    Facsimile:  (916) 923-3872
     tryan@ryanlg.com
5    rmartorano@ryanlg.com

6    Attorneys for Defendant
     American Airlines, Inc.

7

           UNITED STATES DISTRICT COURT

8

           NORTHERN DISTRICT OF CALIFORNIA

9

           SAN JOSE DIVISION

10

11   PEILIN CHANG                  )   Case No.  15-cv-02604-RMW
                                          )
12                Plaintiff,       )
                                          )   **STIPULATION AND ORDER**
13   v.                                     )   **EXTENDING TIME TO COMPLETE**
                                          )   **MEDIATION**
14   AMERICAN AIRLINES, INC.,      )
                                          )
15               Defendant.      )   Judge: Honorable Ronald M. Whyte
                                          )   Courtroom: 6, 4th Floor
16                                           )
17   _____ )

18

19   The parties in the above-captioned matter hereby stipulate as follows:

20   1.     WHEREAS the current scheduling order of April 14, 2016 provides for a deadline to

21        complete private mediation of August 31, 2016.

22   2.     WHEREAS the parties have been diligently engaged in discovery, including the following:

23        a.     Arranging for two defense medical examinations of plaintiff: a neurological

24             examination that was completed on July 11, 2016 and a neuropsychological

25             examination to be conducted on August 30, 2016;

26        b.     Completing depositions of plaintiff (7/11/16), plaintiff's treating physician Dr. Rosen

27             (7/29/16), employees of plaintiff's medical practice (8/19/16 and 8/22/16), and

28             bookkeepers and accountants for plaintiff's medical practice (8/18/16, 8/19/16 and

                                             1

8/22/16);

c.   Scheduling additional depositions, including the deposition of plaintiff's neurologist, Dr. Helman (originally scheduled on 8/22/16 but continued to 9/20/16 at the request of the witness), and plaintiff's colleague, Dr. Lubben (9/9/16);

d.   Conferring regarding additional depositions to be set, including the flight attendant involved in the subject incident.

3.   Notwithstanding the parties' diligent efforts, the case is not yet ripe for mediation.  Plaintiff alleges that she has sustained significant and permanent injuries and a significant loss of income.  These claims require further investigation before a meaningful mediation can be conducted.

4.   Therefore the parties propose that the deadline to conduct private mediation be extended by approximately 80 days, from August 31, 2016 to November 18, 2016.

IT IS SO STIPULATED.

Dated: August 26, 2016                    BROWNSTEIN THOMAS, LLP


By:_____/s/ Stephen Gorog_____
STEPHEN GOROG
Attorneys for plaintiff Peilin Chang


Dated: August 26, 2016                    THE RYAN LAW GROUP


By:_____/s/ Rebekka Martorano_____
REBEKKA R. MARTORANO
Attorneys for Defendant American Airlines, Inc.

STIPULATION AND ORDER EXTENDING TIME TO COMPLETE MEDIATION

**ORDER**

Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the deadline to conduct private mediation is extended from August 31, 2016 to November 18, 2016.  2/2/2017 Pretrial Conference and 2/21/2017 Jury Trial to remain as presently set.

**IT IS SO ORDERED**.

Dated:   8/29/2016

Judge, United States District Court

STIPULATION AND ORDER EXTENDING TIME TO COMPLETE MEDIATION