1  TIMOTHY J. RYAN (99542)
   REBEKKA R. MARTORANO (173600)
2  THE RYAN LAW GROUP
   400 Capitol Mall, Suite 2540
3  Sacramento, California 95814
   Telephone: (916) 924-1912
4  Facsimile: (916) 923-3872
   tryan@ryanlg.com
5  rmartorano@ryanlg.com

6  Attorneys for Defendant American Airlines, Inc.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 PEILIN CHANG                    )   Case No. **15-cv-02604- HSG**
                                   )
13         Plaintiff,              )
                                   )   **ORDER GRANTING**
14 v.                              )   **MOTION TO CHANGE TIME OF**
                                   )   **HEARING OF MOTION FOR**
15 AMERICAN AIRLINES, INC.,        )   **SANCTIONS**
                                   )
16                                 )   _____
           Defendant.              )
17                                 )
                                   )
18 _____)

19     The Court has considered Defendant AMERICAN AIRLINES, INC.'s motion pursuant

20 to Local Rule 6-3 to change the time of Defendant's Motion for Sanctions to Dismiss Plaintiff's

21 Loss of Income Claim pursuant to FRCP Rule 37, currently set for a hearing date of March 2,

22 2017.

23     Having reviewed all moving and opposition papers filed with the Court, and having

24 considered all matters in connection with the motion, the Court hereby GRANTS Defendant's

25 motion.

26     The hearing date for Defendant's motion for sanctions is hereby changed from March 2,

27 2017 to January 31, 2017 at 3:00 p.m.

28

1   IT IS SO ORDERED.

2  DATED: January 3, 2017

3
4   _____
United States District Court Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28