**TIMOTHY J. RYAN, SBN 99542**
**REBEKKA R. MARTORANO, SBN 173600**
**THE RYAN LAW GROUP**
400 Capitol Mall, Suite 2540
Sacramento, California 95814
Telephone:  (916) 924-1912
Facsimile:   (916) 923-3872
tryan@ryanlg.com
rmartorano@ryanlg.com

Attorneys for Defendant
American Airlines, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEILIN CHANG,<br><br>   Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>   Defendant. | Case No.  15-cv-02604-HSG<br><br>~~[PROPOSED]~~ **STIPULATION AND ORDER REGARDING DEFENDANT AMERICAN AIRLINES INC.'S MOTION FOR SANCTIONS**<br><br>Date:          March 10, 2017<br>Time:         9:30 a.m.<br>Courtroom   G, 15th Floor<br><br>The Honorable Joseph C. Spero |

The parties in the above-captioned matter hereby stipulate as follows:

1. WHEREAS Defendant American Airlines, Inc. ("Defendant") filed a motion for sanctions pursuant to Federal Rules of Civil Procedure, Rule 37 (Docket No. 45), currently scheduled to be heard by the Honorable Joseph C. Spero on March 10, 2017.

2. WHEREAS the relief sought by Defendant's motion was dismissal of Plaintiff's claim for loss of income, pursuant to FRCP Rule 37(b)(2)(A)(v) and FRCP Rule 37(c)(1)(C); or preclusion of Plaintiff from supporting her claim for loss of income, pursuant to FRCP Rule 37(b)(2)(A)(ii) and FRCP Rule 37(c)(1)(C).

3. WHEREAS the parties have reached the following stipulation, thereby resolving the issues raised in Defendant's motion for sanctions:

---

a. Plaintiff hereby dismisses her claim for loss of income, and will not seek to offer any evidence at trial of an alleged loss of income or other economic losses resulting from the reduction or closure of her medical practice.

b. Plaintiff withdraws her economist expert Phillip Allman, Ph.D. and will not seek to offer his testimony at trial or any other evidence regarding any opinions developed by Dr. Allman.

c. Plaintiff will not offer any evidence of any mental suffering or emotional distress caused by alleged economic/financial losses. Plaintiff is not hereby precluded from testifying regarding the alleged loss of her profession.

d. Based on these stipulations, Defendant agrees to withdraw its motion for sanctions.

IT IS SO STIPULATED.

Dated: March 9, 2017            BROWNSTEIN THOMAS, LLP


By:     /s/ Mark Thomas
        MARK THOMAS
        Attorneys for plaintiff Peilin Chang


Dated: March 9, 2017            THE RYAN LAW GROUP


By:     /s/ Rebekka Martorano
        REBEKKA R. MARTORANO
        Attorneys for Defendant American Airlines, Inc.

[PROPOSED] STIPULATION AND ORDER REGARDING DEFENDANT AMERICAN AIRLINES INC.'S MOTION FOR SANCTIONS

**ORDER**

Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

- a. Plaintiff's claim for loss of income is hereby dismissed. Plaintiff is precluded from offering any evidence at trial of an alleged loss of income or any other economic losses resulting from the reduction or closure of her medical practice.
- b. The testimony of Phillip Allman, Ph.D. and any evidence regarding any opinions developed by Dr. Allman is precluded.
- c. Plaintiff is precluded from offering any evidence of any mental suffering or emotional distress caused by alleged economic/financial losses. Plaintiff is not hereby precluded from testifying regarding the alleged loss of her profession.
- d. Defendant's motion for sanctions is therefore moot and is taken off calendar.

**IT IS SO ORDERED**.

Dated: 3/10/2017

_Haywood S. Gilliam, Jr._
Judge, United States District Court