UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEILIN CHANG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN AIRLINES, INC.,<br><br>　　　　　Defendant. | Case No.15-cv-02604-HSG<br><br>**ORDER DIRECTING PARTIES TO CONFER WITH MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 101 |

In light of the case management conference held on October 17, 2017, the parties are **ORDERED** to contact Magistrate Judge Maria-Elena James and schedule a time for further discussion. The parties must do so prior to the hearing on Defendant American Airlines, Inc.'s motion to enforce the settlement scheduled for November 9, 2017, as Judge James' schedule permits.

**IT IS SO ORDERED.**

Dated: 10/19/2017

　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge