UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEILIN CHANG,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>    Defendant. | Case No. 15-cv-02604-HSG<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 101 |

Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that Defendant American Airlines, Inc.'s Motion to Enforce Settlement filed in the above-captioned case is referred to Magistrate Judge Maria-Elena James to be heard and considered at the convenience of her calendar. Judge James shall prepare a report and recommendation on the motion.

**IT IS SO ORDERED.**

Dated: 10/19/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge