UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEILIN CHANG,<br>　　　　Plaintiff,<br>　　v.<br>AMERICAN AIRLINES, INC.,<br>　　　　Defendant. | Case No. 15-cv-02604-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 112, 101 |

The Court has reviewed Magistrate Judge James' Report and Recommendation. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion to Enforce Settlement is DENIED AS MOOT, and the case is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: November 17, 2017

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge